US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAY 28 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARK MORRIS and MORRIS TRANSPORTATION, INC.     PLAINTIFF

VS.     NO. 13-1048

INTEGRATED FREIGHT CORPORATION, INC.     DEFENDANT

## ANSWER TO COMPLAINT

Comes Integrated Freight Corporation, Inc., by and through its attorneys, Hamilton, Hamilton & Leonard, PLLC, and for its Answer to Complaint, states:

1. Defendant admits each and every material allegation contained in Paragraph 1 of Complaint.

2. Defendant admits each and every material allegation contained in Paragraph 2 of Complaint.

3. Defendant denies each and every material allegation contained in Paragraph 3 of Complaint.

4. Defendant denies each and every material allegation contained in Paragraph 4 of Complaint.

5. Defendant denies each and every material allegation contained in Paragraph 5 of Complaint.

6. Defendant denies each and every material allegation contained in Paragraph 6 of Complaint.

7. Defendant denies each and every material allegation contained in Paragraph 7 of Complaint.

8. Defendant denies each and every material allegation contained in Paragraph 8 of Complaint.

9. Defendant denies each and every material allegation contained in Paragraph 9 of Complaint.

10. Defendant denies each and every material allegation contained in Paragraph 10 of Complaint.

11. Defendant denies each and every material allegation contained in Paragraph 11 of Complaint.

12. Defendant denies each and every material allegation contained in Paragraph 12 of Complaint.

13. Defendant denies each and every material allegation contained in Paragraph 13 of Complaint.

14. Defendant denies each and every material allegation contained in Paragraph 14 of Complaint.

15. Defendant denies each and every material allegation contained in Paragraph 15 of Complaint.

16. Defendant denies each and every material allegation contained in Paragraph 16 of Complaint.

17. Defendant denies each and every material allegation contained in Paragraph 17 of Complaint.

18. Defendant denies each and every material allegation contained in Paragraph 18 of Complaint.

19. Defendant denies each and every material allegation contained in Paragraph 19 of

Complaint.

20. Defendant denies each and every material allegation contained in Paragraph 20 of Complaint.

21. Defendant denies each and every material allegation contained in Paragraph 21 of Complaint.

22. Defendant denies each and every material allegation contained in Paragraph 22 of Complaint.

23. Defendant denies each and every material allegation contained in Paragraph 23 of Complaint.

24. Defendant denies each and every material allegation contained in Paragraph 24 of Complaint.

25. Defendant denies each and every material allegation contained in Paragraph 25 of Complaint.

26. Defendant denies each and every material allegation contained in Paragraph 26 of Complaint.

27. Defendant denies each and every material allegation contained in Paragraph 27 of Complaint.

28. Defendant denies each and every material allegation contained in Paragraph 28 of Complaint.

29. Defendant denies each and every material allegation contained in Paragraph 29 of Complaint.

30. Defendant denies each and every material allegation contained in Paragraph 30 of Complaint.

31. Defendant denies each and every material allegation contained in Paragraph 31 of Complaint.

32. Defendant denies each and every material allegation contained in Paragraph 32 of Complaint.

33. Defendant denies each and every material allegation contained in Paragraph 33 of Complaint.

34. Defendant denies each and every material allegation contained in Paragraph 34 of Complaint.

35. Defendant denies each and every material allegation contained in Paragraph 35 of Complaint.

36. Defendant denies each and every material allegation contained in Paragraph 36 of Complaint.

37. Defendant denies each and every material allegation contained in Paragraph 37 of Complaint.

38. Defendant denies each and every material allegation contained in Paragraph 38 of Complaint.

39. Defendant denies each and every material allegation contained in Paragraph 39 of Complaint.

40. Defendant denies each and every material allegation contained in Paragraph 40 of Complaint.

41. Defendant denies each and every material allegation contained in Paragraph 41 of Complaint.

42. Defendant denies each and every material allegation contained in Paragraph 42 of

Complaint.

43. Defendant denies each and every material allegation contained in Paragraph 43 of Complaint.

44. Defendant denies each and every material allegation contained in Paragraph 44 of Complaint.

45. Defendant denies each and every material allegation contained in Paragraph 45 of Complaint.

46. Defendant denies each and every material allegation contained in Paragraph 46 of Complaint.

47. Defendant denies each and every material allegation contained in Paragraph 47 of Complaint.

48. Defendant denies each and every material allegation contained in Paragraph 48 of Complaint.

49. Defendant denies each and every material allegation contained in Paragraph 49 of Complaint.

50. Defendant denies each and every material allegation contained in Paragraph 50 of Complaint.

51. Defendant denies each and every material allegation contained in Paragraph 51 of Complaint.

52. Defendant denies each and every material allegation contained in Paragraph 52 of Complaint.

53. Defendant denies each and every material allegation contained in Paragraph 53 of Complaint.

54. Defendant denies each and every material allegation contained in Paragraph 54 of Complaint.

55. Defendant denies each and every material allegation contained in Paragraph 55 of Complaint.

56. Defendant denies each and every material allegation contained in Paragraph 56 of Complaint.

57. Defendant denies each and every material allegation contained in Paragraph 57 of Complaint.

58. Defendant denies each and every material allegation contained in Paragraph 58 of Complaint.

59. Defendant denies each and every material allegation contained in Paragraph 59 of Complaint.

60. Defendant denies each and every material allegation contained in Paragraph 60 of Complaint.

61. Defendant denies each and every material allegation contained in Paragraph 61 of Complaint.

62. **AFFIRMATIVE DEFENSES** - Integrated Freight Corporation, Inc. asserts the following affirmative defenses to the Plaintiff's Complaint:

Accord and satisfaction, duress, estoppel, failure of consideration, fraud, illegality, laches, payment, release, statute of limitations, waiver, substantial performance, fraud in the inducement, impossibility or performance, and prevention of performance.

63. **JURY TRIAL DEMAND** - Defendant demands a jury trial of all issues hereunder. Fed. R. Civ. P. 38 (2013).

WHEREFORE, Defendant prays that the Complaint filed herein be dismissed and for all other relief to which it may be entitled.

                      Respectfully submitted,

                      INTEGRATED FREIGHT CORPORATION, INC.,
                      Defendant

By:  HAMILTON, HAMILTON & LEONARD, PLLC
       Attorneys at Law
       Post Office Box 71
       Hamburg, Arkansas 71646
       (870) 853-5461

Per:  _____
       JAMES A. HAMILTON
       Arkansas Bar No. 89168

and

TIMOTHY R. LEONARD
Arkansas Bar No. 2007022

## CERTIFICATE OF SERVICE

I, James A. Hamilton, attorney for Defendant, certify that a copy of the foregoing ANSWER TO COMPLAINT has been served on Plaintiff by mailing a copy of same, postage prepaid, to Mr. Richard Byrd, Byrd Law Firm, 204 E. Lincoln Street, Hamburg, Arkansas 71646 and to Mr. C. Tad Bohannon, Mr. Baxter D. Drennon, Mr. R. Aaron Brooks, Wright, Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699, on this 24th day of May, 2013.

                      _____
                      JAMES A. HAMILTON