IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARK MORRIS and
MORRIS TRANSPORTATION, INC.                                              PLAINTIFFS

vs.                              Civil No. 1:13-cv-1048

INTEGRATED FREIGHT CORPORATION, INC.                                DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed October 30, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that the Plaintiff's Motion to Remand (ECF No. 6) be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion to Remand is **DENIED**.

**IT IS SO ORDERED**, this 19th day of November, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District