IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARK MORRIS and
MORRIS TRANSPORTATION, INC.     PLAINTIFFS

VS.     CASE NO. 1:13-CV-1048-SOH

INTEGRATED FREIGHT CORPORATION, INC.     DEFENDANT

## MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs Mark Morris and Morris Transportation, Inc. (collectively "Morris"), move to dismiss their Complaint against Integrated Freight Corporation, Inc. ("IFC"), and for grounds state:

1. On April 25, 2013, Morris filed its Complaint in the Circuit Court of Ashley County, Arkansas, seeking rescission of the Stock Exchange Agreement and subsequent amendments and restatements, which purport to transfer the stock of Morris to IFC in exchange for cash, stock of IFC, and other consideration.

2. On May 28, 2013, IFC removed the matter to this Court.

3. During the course of discovery and investigation in this matter, Morris learned that the stock of Morris had been pledged to secure the debts of IFC.

4. As a result, the value of cancelling the transaction and receiving the stock back has been destroyed, and Morris wishes to dismiss this matter without prejudice.

5. Morris has attempted on numerous occasions to confer with counsel for IFC to obtain its consent to dismiss the matter without prejudice. To date, Morris has not received a response.

6. Because there has been no previous dismissal of this matter, this dismissal should be without prejudice.

1

7.  If Morris wishes to refile its Complaint in this matter, it stipulates that it will refile the Complaint in this Court.

WHEREFORE, Mark Morris and Morris Transportation, Inc., respectfully requests that this Court grant its motion to dismiss without prejudice and for all other proper relief.

        Respectfully submitted,

        BYRD LAW FIRM
        204 E. Lincoln St.
        Hamburg, AR 71646
        (870) 853-8225
        E-MAIL: byrdlaw@sbcglobal.net

        Richard Byrd

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        E-MAIL: ctbohannon@wlj.com;
        bdrennon@wlj.com; abrooks@wlj.com

By: _____
Baxter D. Drennon (2010147)
R. Aaron Brooks (2009145)

Attorneys for Mark Morris and Morris Transportation, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which shall send notification of such filing to the following:

Mr. James A. Hamilton
HAMILTON, HAMILTON, & LEONARD, PLLC
P.O. Box 71
Hamburg, Arkansas 71646

*Attorneys for Integrated Freight Corporation*

Baxter D. Drennon